**No. 09A886. J. Doe, Applicant v. Richard L. Duncan, et al.**

559 U.S. 1104, 130 S. Ct. 2427, 176 L. Ed. 2d 921, 2010 U.S. LEXIS 3731.

May 3, 2010. Application for stay, addressed to Justice Stevens and referred to the Court, denied.

**No. 09M89. Dionne R. Jones, Petitioner v. Virginia Department of Social Services.**

559 U.S. 1104, 130 S. Ct. 2426, 176 L. Ed. 2d 921, 2010 U.S. LEXIS 3844.

May 3, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 09M90. Bryceson William Brown, Petitioner v. Bank of America, et al.**

559 U.S. 1104, 130 S. Ct. 2427, 176 L. Ed. 2d 921, 2010 U.S. LEXIS 3730.

May 3, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time under Rule 14.5 denied.

**No. 09M91. In re Jane Doe, Petitioner.**

559 U.S. 1105, 130 S. Ct. 2427, 176 L. Ed. 2d 921, 2010 U.S. LEXIS 3704.

May 3, 2010. Motion for leave to file a petition for writ of habeas corpus under seal with redacted copies for the public record denied.

**No. 09M92. Gerard D. Grandoit, Petitioner v. Michael J. Bane, et al.**

559 U.S. 1104, 130 S. Ct. 2427, 176 L. Ed. 2d 921, 2010 U.S. LEXIS 3716.

May 3, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 08-1457. New Process Steel, L.P., Petitioner v. National Labor Relations Board.**

559 U.S. 1105, 130 S. Ct. 2427, 176 L. Ed. 2d 921, 2010 U.S. LEXIS 3764.

May 3, 2010. Motion of Michigan Regional Council of Carpenters for leave to file a supplemental brief after argument denied.

**No. 09-920. Paul Simmons, et al., Petitioners v. William Francis Galvin, Secretary of the Commonwealth of Massachusetts.**

559 U.S. 1105, 130 S. Ct. 2428, 176 L. Ed. 2d 921, 2010 U.S. LEXIS 3732.

May 3, 2010. The Solicitor General is invited to file a brief in this case expressing the views of the United States.